UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: PAUL EDWARD DUPREE            :
                                     :
                                     :    Case No.: 15-00068
                                     :
             Debtor.                 :    Chapter 13

**DEBTOR'S MOTION TO MODIFY SEPTEMBER 27, 2016 ORDER GRANTING DEBTOR'S AMENDED MOTION TO MODIFY JUNE 18, 2015 CONFIRMATION ORDER CONFIRMING 3RD AMENDED PLAN FILED JUNE 17, 2015 POST-CONFIRMATION AND NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT**

Debtor, through counsel, respectfully moves this Court to Modify September 27, 2016 Order Granting Debtor's Amended Motion to Modify June 18, 2015 Confirmation Order Confirming 3rd Amended Plan Filed June 17, 2015, by providing for an increase of monthly plan payments to $1,575.00 to cure the plan default as outlined in the Chapter 13 Trustee's Motion to Dismiss.

WHEREFORE, for these and such other reasons as may appear to the Court, the debtor respectfully requests this Court to Modify the September 27, 2016 Order Granting Debtor's Amended Motion to Modify June 18, 2015 Confirmation Order Confirming Amended Plan Filed June 17, 2015, by providing for an increase of monthly plan payments to $1,575.00.

By      /s/ Kevin Judd_____
        Kevin D. Judd, Bar #434926
        Attorney for Debtor
        601 Pennsylvania Avenue, NW
        Suite 900 - South Building
        Washington, D.C.  20004
        Telephone: 202-483-6070

# NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION TO MODIFY SEPTEMBER 27, 2016 ORDER GRANTING MOTION TO MODIFY JUNE 18, 2015 CONFIRMATION ORDER CONFIRMING 3RD AMENDED PLAN FILED JUNE 17, 2015

**PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served (by delivery or mailing of copies) upon the undersigned, and all scheduled, secured creditors.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING**. The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the Trustee.

Dated: November 21, 2017

                 By  /s/ Kevin Judd
                    Kevin D. Judd, Bar #434926
                    Attorney for Debtor
                    601 Pennsylvania Avenue, NW
                    Suite 900 - South Building
                    Washington, D.C.  20004
                    Telephone: 202-483-6070

CERTIFICATE OF SERVICE

       I hereby certify that on November 21, 2017, a copy of the foregoing Motion and Notice of Time To Respond to Objection was e-mailed via the Court's ECF to Nancy Spencer Grisby, Chapter 13 Trustee and  mailed, first class to:

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024

Anacostia River Emerg Phys
c/o Tate & Kirlin Assoc
2810 Southampton Rd
Philadelphia, PA 19154

Bank of America
PO Box 982235
El Paso, TX 79998

C&F Finance Co
PO Box 2129
Richmond, VA 23218

Cavalry Portfolio Serv
PO Box 27288
Tempe, AZ 85285

Cavalry Portfolio Servs
500 Summit Lake Dr., Ste 4A
Valhalla, NY 10595

Central Florida Invest
2801 Old Winter Garden Rd
Ocoee, FL 34761

Children's National Medical Assoc
111 Michigan Ave., NW
Washington, DC 20019

3

CitiBank
c/o Midland Funding
8875 Aero Dr., Ste 200
San Diego, CA 92123

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Denise A Chevalier MD
c/o Capital Acct
1642 Westgate Cir
Ste 20
Brentwood, TN 37027

Dept Ed/Sallie Mae
11100 USA Pkwy
Fishers, IN 46037

District of Columbia Govt
c/o Professional Account Management LLC
PO Box 37038
Washington, DC 20013

FirstLine Security
c/o APIM LLC
1026 C St
Hayward, CA 94541

Geico Casualty
c/o Credit Collections
16 Distributor Dr
Ste 1
Morgantown, WV 26501

Geico Casualty
One Geico Plaza
Washington, DC 20076

Green Trust Cash
c/o Avante
2950 Gessner Rd
Houston, TX 77063

4

Green Trust Cash
PO Box 340
Hays, MT 59527

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280

Katrice Dupree
1029 Wahler Pl., SE
Washington, DC 20032

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

MBROI
1920 Greenspring Dr
Lutherville Timonium, MD 21093

Midland Funding
8875 Aero Dr., Ste 200
San Diego, CA 92123

Progressive Insurance Co
c/o Credit Collections
16 Distributor Dr
Ste 1
Morgantown, WV 26501

Progressive Insurance Co
6300 Wilson Mills Rd
Cleveland, OH 44143

Radio Shack/Citibank
c/o Asset Acceptance
5501 Headquarters Dr
Plano, TX 75024

RSI Enterprises Inc
PO Box 710507
Herndon, VA 20171

Sears/CBNA
PO Box 6282
Sioux Falls, SD 57117

SLS Mortgage
PO Box 636005
Littleton, CO 80163

Specialized Loan Servicing LLC
PO Box 105219
Atlanta, GA 30348

Sprint
c/o Enhanced Recovery Collect
8014 Bayberry Rd
Jacksonville, FL 32256

State of Maryland
Comptroller
80 Calvert St
Annapolis, MD 21404

United Medical Center
c/o Nationwide Recovery
PO Box 8005
Cleveland, TN 37320

Wheeler Creek Estate
1130 Varney Street
Washington, DC 20032

/s/ Kevin Judd
Kevin D. Judd, Bar #434926

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:     PAUL EDWARD DUPREE          :
                                        :
                                        :     Case No.: 15-00068
                                        :
           Debtor.                      :     Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY SEPTEMBER 27, 2016 ORDER GRANTING DEBTOR'S AMENDED MOTION TO MODIFY JUNE 18, 2015 CONFIRMATION ORDER CONFIRMING 3RD AMENDED 3RD PLAN FILED JUNE 17, 2015 (DE#27) POST-CONFIRMATION**

Upon consideration of Debtor's Modify September 27, 2016 Order Granting Debtor's Amended Motion to Modify June 18, 2015 Confirmation Order Confirming 3rd Amended Plan Filed June 17, 2015, and the entire record herein, it is,

ORDERED that the Debtor's Motion to Modify September 27, 2016 Order Granting Debtor's Amended Motion to Modify June 18, 2015 Confirmation Order Confirming 3rd Amended Plan

Filed June 17, 2015 (DE#27), Post-Confirmation be and the same is hereby modified by providing for an increase of monthly plan payments to $1,575.00.

Copies to:

Chapter 13 Trustee
Debtor
Debtor's Counsel
All Creditors

**End of Order**