**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
IN RE
PAUL EDWARD DUPREE              : Chapter 13 Case No. 15-00068-SMT
  Debtor                        : Hearing: 12/15/17*
```

**PRAECIPE WITHDRAWING TRUSTEE'S MOTION TO DISMISS**

The Clerk of the Court will please note that the Trustee hereby **withdraws** the Motion to Dismiss.

```
                              /s/ Nancy L. Spencer Grigsby
                              Nancy L. Spencer Grigsby
                              Chapter 13 Trustee
                              185 Admiral Cochrane Drive #240
                              Annapolis, MD  21401-7493
```

**Certificate of Service**

I hereby certify that on December 14, 2017, a copy of the foregoing Trustee's Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

Paul Edward Dupree
1029 Wahler PL SE
Washington, DC 20032

Kevin Judd, Esq.
601 Pennyslvania Ave, NW
Suite 900 S
Washington, DC 20004

```
                              /s/ Nancy L. Spencer Grigsby
                              Nancy L. Spencer Grigsby
```